```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
GURUM CORP.,                                            :
                                                        :
                              Plaintiff,                :    15 Civ. 4614 (KPF)
              v.                                        :
                                                        :          ORDER
STEPHEN LIM, et al.,                                    :
                                                        :
                              Defendants.               :
                                                        :
------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 15, 2015

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Plaintiff's motion for a temporary restraining order. Pursuant to this afternoon's discussion, Plaintiff intends instead to move for a preliminary injunction at a hearing with all parties. All parties are therefore directed to appear for a hearing before the Court on **June 18, 2015, at 9:00 a.m.**, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:    June 15, 2015
             New York, New York

                                                                 KATHERINE POLK FAILLA
                                                         United States District Judge